



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERED
08/19/2009

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-11173-B-13 |
|    JUAN JOSE VILLARREAL | § | |
|    NORA VILLARREAL | § | |
|          DEBTOR(S) | § | CHAPTER 13 |

### ORDER GRANTING MOTION TO WITHDRAW TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY (Document #121) AND VACATING ORDER GRANTING TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT (Document #122)

Came on for consideration this date the Motion of Cindy Boudloche, the Trustee, to withdraw the Trustee's Motion to Pay Funds into the Court Registry and to vacate the Order Granting Trustee's Motion to Pay Funds into the Court Registry, and the Court having considered the motion finds good cause to grant the relief sought therein.

IT IS THEREFORE ORDERED that the Trustee's Motion to Pay Funds into the Court Registry filed July 16, 2009 is hereby WITHDRAWN and it is further

ORDERED that the Order Granting Trustee's Motion to Pay Funds into the Court Registry entered in the above captioned case on July 22, 2009 be and is hereby VACATED.

SIGNED this 19 day of August, 2009.

Richard S. Schmidt
United States Bankruptcy Judge

